# In the United States Court of Federal Claims

_Carlos A. Alford_     )
                       )
                       )
                       )           **22-40 C**
_____    )
    **Plaintiff(s),**  )    Case No. _____
                       )
v.                     )    Judge _____
                       )
**THE UNITED STATES,** )
                       )
    **Defendant.**     )
_____    )

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

   Defamation of Charter
   plaintiff was Lied against so that defendant could give job to friend.

A-5

2. **PARTIES**

Plaintiff, Carlos Alford, resides at 126 Trombay Drive
(Street Address)

Wilmington NC 28412, 910-755-75-72
(City, State, ZIP Code) (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

N/A

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?   ☒ Yes  ☒ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Dr. Alford applied for a Paralegal position at NASA. Dr. Alford is a Disabled Veteran with a 10-Point Preference. Dr. Alford is the most qualified. He has 20 years filing complaints in Federal District Court and a Juris Doctor at 14 years Education. AAS paralegal, BS Criminology and BS in Criminal Justice. Minor in Forensic Science

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

I would like the court to give me the paralegal Job and $20,000,000.00 for pain and suffering

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __January__, __2022__
            (day)           (month)       (year)

_____
Signature of Plaintiff(s)

A-7